Form G-3 (20240417)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION DIVISION

In re: DT&T LOGISTICS, INC. ) Chapter 11
)
) No. 24-08667
)
Debtor(s) ) Judge Deborah L. Thorne

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on July 10, 2024, at 1:00 p.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the motion of Debtor [to/for] Extend Time to File Required Documents, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 16093621728, and the passcode is No Passcode. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: /s/Saulius Modestas

Saulius Modestas
Modestas Law Offices, P.C.
401 S. Frontage Road, Ste. C
Burr Ridge, IL 60527
312-251-4460
smodestas@modestaslaw.com

**CERTIFICATE OF SERVICE**

I, Saulius Modestas,

☒ an attorney, certify

- or -

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on June 26, 2024, at 11:00 p.m.   *

/s/Saulius Modestas
[Signature]

*All applicable boxes must be checked and all blanks filled in.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 24-08667<br>Northern District of Illinois<br>Eastern Division<br>Wed Jun 26 22:51:48 CDT 2024 | DT&T Logistics, Inc.<br>1415 E. Central Road, #322<br>Arlington Heights, IL 60005-3365 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Amur Equipment Finance LLC<br>PO Box 202136<br>Florence, SC 29502-2136 | BMO Bank<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 | BMO Bank N.A.<br>PO Box 3040<br>Cedar Rapids, IA 52406-3040 |
| (p)FIRST CITIZENS BANK AND TRUST COMPANY<br>10201 CENTURION PARKWAY N STE 100<br>JACKSONVILLE FL 32256-4114 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Flagstar Financial<br>c/o Vedder Price PC<br>222 N. Lasalle St., #2400<br>Chicago, IL 60601-1104 |
| Huntington Bank<br>11000 Wayzata Blvd, Ste. 700<br>Minnetonka, MN 55305 | Internal Revenue Service<br>Mail Stop 5014CHI<br>230 South Dearborn Street, Room 2600<br>Chicago, IL 60604 | Langfitt Law LLC<br>1320 Tower Road, Ste. 103<br>Schaumburg, IL 60173-4309 |
| M & K Financial<br>4350 Clyde Park Ave. SW<br>Wyoming, MI 49509-4090 | Paccar Financial<br>2501 S State Hwy 121<br>Ste 800<br>Lewisville, TX 75067-8229 | River Valley Capital<br>14868 West Ridge Lane<br>Ste. 200<br>Dubuque, IA 52003-8465 |
| Santander Bank NA<br>3 Huntington Quad, Ste. 101N<br>Melville, NY 11747-4623 | Signature Financial/Flagstar Bank<br>PO Box 71278<br>Philadelphia, PA 19176-6278 | (p)U S  SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 |
| Small Business Administration<br>PO Box 3918<br>Portland, OR 97208-3918 | Taurus Auto Group Inc.<br>16W455 S Frontage Road<br>Ste. 300<br>Burr Ridge, IL 60527-7106 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Robert P Handler<br>Commercial Recovery Associates, LLC<br>805 Greenwood Street<br>Evanston, IL 60201-6521 | Saulius Modestas<br>Modestas Law Offices, P.C.<br>401 S. Frontage Road<br>Suite C<br>Burr Ridge, IL 60527-7100 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CIT Bank<br>10201 Centurion Pkwy N., #100<br>Jacksonville, FL 32256 | Small Business Administration<br>332 S. Michigan Ave.<br>Ste. 600<br>Chicago, IL 60604 | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     0<br>Total                  22 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | 24-08667 |
| ) | |
| DT&T LOGISTICS, INC. ) | |
| ) | |
| ) | Chapter 11 |
| ) | |
| ) | Judge Deborah L. Thorne |
| Debtor. ) | |

## MOTION TO EXTEND TIME TO FILE
## REQUIRED DOCUMENTS

NOW COMES DT&T LOGISTICS, INC., by and through their attorney, Saulius Modestas, and asks this Court to extend the time for filing the required documents and in support states as follows:

1. The Debtor commenced this case by filing a skeletal Chapter 11 petition on June 12th, 2024.

2. The Debtor continues to manage and operate its business as debtor-in-possession pursuant to Sections 1107 and 1108 of the Code. Pursuant to Bankruptcy Rule 1007(c) the remaining schedules, statements and other documents were due to be filed by June 26th, 2024. Concurrently with those documents, Debtor is to file the documents required by 1007(d).

3. Debtor has timely tendered all required documents to counsel but counsel was on deadline for a large Chapter 11 case currently pending in front of Judge Cassling – 24-08322 – *In re Pigeon Freight Services, Inc.* and was also assisting Debtor and the Chapter 7 Trustee in Case 23- – *In re Northface Lease LLC – 23-11238* – which was recently converted from a Chapter 11 to a Chapter 7.

4.  Debtor's counsel anticipates having all documents complete and filed by July 8th, 2024 and in plenty of time for the 341 meeting of creditors to proceed as scheduled on July 11th, 2024 so there will be no need to continue the meeting or any other delays.

WHEREFORE, DT&T LOGISTICS, Inc. prays that this Honorable Court enter an Order extending the time for them to file their required documents to July 8th, 2024 and for such other relief as may be deemed necessary and just.

/s/ Saulius Modestas
SAULIUS MODESTAS, ARDC #6278054

Saulius Modestas
Modestas Law Offices, P.C.
401 S. Frontage Road, Ste. C
Burr Ridge, IL 60527
A.R.D.C. No. 6278054
(312) 251-4460